**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6576

FRANCIS PARKS-EL,

Plaintiff - Appellant,

v.

PRISON HEALTH SERVICES, INCORPORATED; UNKNOWN, Health
Service Director; FRED SCHILLING, Title Unknown,
individually and in official capacity; L. OWENS, Senior
Health Services Administrator, individually and in official
capacity; M. UNDERDUE, Head Nurse, individually and in
official capacity; NURSE SMITH, S-3 Medical Nurse,
individually and in official capacity; VIRGINIA DEPARTMENT
OF CORRECTIONS; GEORGE M. HINKLE, Warden, individually and
in official capacity; C. ALDERMAN, Assist. Warden,
individually and in official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:10-cv-00274-JCC-TCB)

Submitted: May 31, 2011               Decided: June 8, 2011

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis Parks-El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Parks-El appeals the district court's judgment dismissing his 42 U.S.C. § 1983 (2006) action for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Parks-El v. Prison Health Servs., Inc., No. 1:10-cv-00274-JCC-TCB (E.D. Va. Mar. 31, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED